Steven T. Gubner - Bar No. 156593
Richard D. Burstein - Bar No. 56661
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: 818.827.9000
Facsimile: 818.827.9099
Email: sgubner@ebg-law.com
rburstein@ebg-law.com

Attorneys for David R. Hagen,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY APPELLATE PANEL

## OF THE NINTH CIRCUIT

| | |
|---|---|
| In re<br><br>MERIDIAN HEALTH CARE MANAGEMENT,<br><br>   Debtor. | BAP Nos.  CC-09-1021<br>            CC-09-1022<br><br>Bk. No.    1:06-bk-10733-GM<br><br>Adv. No.   1:07-ap-01186-GM |
| DAVID R. HAGEN, Chapter 7 Trustee<br><br>   Appellant<br><br>v.<br><br>SCOTT HILINSKI; NAUTIC PARTNERS LLC; CHISHOLM PARTNERS IV, LP; FLEET EQUITY PARTNERS VI, LP; FLEET VENTURE RESOURCES, INC.; KENNEDY PLAZA PARTNERS II, LLC;<br>   Appellees. | **STIPULATION RE DISMISSAL OF APPEALS UPON APPROVAL OF COMPROMISE** |

It Is Hereby Stipulated, by and between the parties hereto, through their respective counsel, as follows:

1. On April 28, 2009, this Court entered its Clerk's Order re Prosecution of Appeals ("Prosecution Order").

2. The compromise made the subject of the Prosecution Order duly came on for hearing before the bankruptcy court on May 27, 2009, where it was approved. An Order approving said compromise was entered by the bankruptcy court on June 3, 2009.

-1-

3. Consequently, the parties hereto respectfully request that the Court dismiss the within appeals with prejudice, all parties bearing their own fees and costs.

Dated: June 19, 2009                EZRA BRUTZKUS GUBNER LLP

By: /s/ Steven T. Gubner
    Steven T. Gubner
Attorneys for David R. Hagen, Chapter 7 Trustee and Appellant

Dated: June 11, 2009                DLA PIPER US LLP

By: _____
    Joshua M. Briones
    Anthit Tagvoryan
Attorneys for Nautic Partners, LLC; Chisholm Partners IV, LLP; Fleet Equity Partners VI, L.P.; Fleet Venture Resources, Inc.; Kennedy Plaza Partners II, LLC, Appellees

Dated: June 11, 2009                NUTTER McCLENNEN & FISH LLP
                                    Jonathon L. Kotlier, Esq.

                                    BIRD MARELLA BOXER WOLPET NESSIM DROONKS & LINCENBERG

By: _____
    John K. Rubiner
Attorneys for Scott Hilinski, Appellee

131941

-2-

## PROOF OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is 21650 Oxnard Street, Suite 500 Woodland Hills, CA 91367.

On June 19, 2009, I served the following documents described as **STIPULATION RE DISMISSAL OF APPEALS UPON APPROVAL OF COMPROMISE** on the persons listed below:

**SEE ATTACHED LIST**

[X] **By United States mail:** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Woodland Hills, CA.

[ ] **By overnight delivery:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

[ ] **By fax transmission:** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

[ ] **By e-mail or electronic transmission:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 19, 2009, at Woodland Hills, CA.

_____
Jennifer Long

-3-

## SERVICE LIST
## BAP CASE NOS. CC-09-1021; CC-09-1022

Office of the United States Trustee
United States Trustee, Region 16
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

Attorneys for Defendants/Nautic Parties
Mark A. Nadeau, Esq.
Laura M. Kam, Esq.
DLA Piper US LLP
2525 East Camelback Road, Suite 1000
Phoenix, AZ 85016-4232

Joshua Briones
Anahit Tagvoryan
DLA Piper US LLP
1999 Avenue of the Stars, Suite 400
Los Angeles, CA 90067

Chapter 7 Trustee
David R. Hagen
Merritt & Hagen
6320 Canoga Avenue, Suite 1400
Woodland Hills, CA 91367

Attorneys for Scott Hilinski
Jonathan L. Kotlier, Esq.
Nutter, McClennan & Fish
World Trade Center West
155 Seaport Blvd.
Boston, MA 02210

John K. Rubiner, Esq.
Bird, Marella, Boxer, Wolpert, Nessim,
    Drooks & Lincenberg
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067

-4-